# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:04-cr-00072-JCM-VCF |
| ROBERT T. SMITH, | ) ) | |
| Defendant. | ) ) ) | **ORDER** |

On November 10, 2011, this court granted defense counsel's motion to withdraw (doc. 121) and ordered that a new CJA panel attorney be appointed forthwith to represent defendant Robert Smith.

Accordingly, IT IS HEREBY ORDERED that Karen C. Winckler, Esq. is APPOINTED as counsel for Robert T. Smith in place of the federal public defender for all future proceedings.

The federal public defender shall forward the file to Ms. Winckler forthwith.

DATED this  16th  day of November, 2011.
Nunc Pro Tunc: November 14, 2011.

_____
James C. Mahan
UNITED STATES DISTRICT JUDGE